IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lyons, Darrell
Lyons, Tracy Patrice
Printed: 1/15/08

Case Number: 06 B 04090
Judge: Wedoff, Eugene R
Filed: 4/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 29, 2007
Confirmed: June 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,708.52 | |
| Secured: | | 317.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,254.15 |
| Trustee Fee: | | 137.01 |
| Other Funds: | | 0.00 |
| Totals: | 2,708.52 | 2,708.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,254.15 |
| 2. | Honor Finance | Secured | 0.00 | 317.36 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 448.00 | 0.00 |
| 4. | Max Recovery Inc | Unsecured | 71.25 | 0.00 |
| 5. | HomEq Servicing Corp | Unsecured | 7,545.15 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 100.62 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 42.51 | 0.00 |
| 8. | National Capital Management | Unsecured | 85.23 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 26.22 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 863.57 | 0.00 |
| 11. | Global Payments | Unsecured | 5.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 687.45 | 0.00 |
| 13. | Marauder Corporation | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | America OnLine | Unsecured | | No Claim Filed |
| 16. | CBCS | Unsecured | | No Claim Filed |
| 17. | Catholic Health Partners | Unsecured | | No Claim Filed |
| 18. | CitiFinancial | Unsecured | | No Claim Filed |
| 19. | Bally's Health Club | Unsecured | | No Claim Filed |
| 20. | Charter One Auto Finance | Unsecured | | No Claim Filed |
| 21. | Sprint PCS | Unsecured | | No Claim Filed |
| 22. | Coyne | Unsecured | | No Claim Filed |
| 23. | Contact Kids | Unsecured | | No Claim Filed |
| 24. | First Premier | Unsecured | | No Claim Filed |
| 25. | Central DuPage Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lyons, Darrell
Lyons, Tracy Patrice
Printed: 1/15/08

Case Number: 06 B 04090
Judge: Wedoff, Eugene R
Filed: 4/12/06

| | | | | |
|---|---|---|---|---|
| 26. | Harris & Harris | Unsecured | | No Claim Filed |
| 27. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 31. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 32. | Revenue Management | Unsecured | | No Claim Filed |
| 33. | Future Finance | Unsecured | | No Claim Filed |
| 34. | ADT Security Systems | Unsecured | | No Claim Filed |
| | | | $ 12,375.00 | $ 2,571.51 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 18.48 |
| 5% | 71.13 |
| 4.8% | 31.20 |
| 5.4% | 16.20 |
| | $ 137.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

/s/ [signature]

